**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6908

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RONALD SENDRAIL HOUSTON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Donald C. Coggins, Jr., District Judge.  (8:21-cr-00847-DCC-1)

Submitted:  December 19, 2023                     Decided:  December 27, 2023

Before HARRIS, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Sendrail Houston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Sendrail Houston appeals the district court's text order denying relief on his motion pursuant to the Federal Rules of Criminal Procedure 41(g) for the return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm. *See United States v. Houston*, No. 8:21-cr-00847-DCC-1 (D.S.C. Aug. 23, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*